US District Court – SDNY
ATTN: Judge Edgardo Ramos
500 Pearl Street
New York, NY 10007

Craig S. Oleksowicz
105 Douglas Court
Pearl River, NY 10965
845.648.6431
10/20/2022

**MEMO ENDORSED**

With Probation's consent, Mr. Oleksowicz motion for early termination of his term of supervised release is GRANTED. SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 11/23/2022
New York, New York

Petition Early Release Craig S. Oleksowicz, Docket No. 13-CR-00003-01.

District Judge Honorable Edgardo Ramos,

    I was informed by my probation department, Erin Weinrauch, Supervisory US Probation Officer, that I am eligible for early release from probation. I am writing you to request early release from probation.

    Over the course of my probationary time, I have incurred zero infractions and have conformed to any and all requests. Furthermore, I understand the role I have played in the crime I committed. Taken ownership of my mistakes and served my time introspectively. Since my initial arrest, no illicit substance has entered my body, tests during and post my incarceration have proven that as fact. All my interaction with staff have been respectful and obedient. This can be seen by my records of good behavior inside and out.

I only wish to move forward and be able to spend more time with my daughter, visit family and friends, and assimilate back into the community as a productive member.

As a judge your time is valuable. I appreciate your consideration in this matter and look forward to your response.

Respectfully,
Craig S. Oleksowicz

X _Craig S. Oleksowicz_     Date 10/20/22

Oleksowicz
105 Douglas Ct
Pearl River, NY 10965

7022 1670 0002 2567 2427

US District Court SDNY
ATTN: US District Judge Edgardo RAMOS
500 Pearl Street
New York, NY 10007

WESTCHESTER NY 105
21 OCT 2022 PM 3 L



FOREVER / USA

U.S. POSTAGE PAID
FCM LETTER
NANUET, NY
10954
OCT 21, 22
AMOUNT
**$4.00**
R2304M114763-16